# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 6, 2026

Lyle W. Cayce
Clerk

No. 25-40479
Summary Calendar

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JUAN GABRIEL OROZCO-BARRAGAN,

*Defendant—Appellant*.

———————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CR-164-15

———————————

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan Gabriel Orozco-Barragan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Orozco-Barragan has filed a response. We have reviewed counsel's brief and the relevant portions of the record

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-40479

reflected therein, as well as Orozco-Barragan's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Orozco-Barragan's request for the appointment of new counsel in his response is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).